

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Devin Eugene Royal, Appellant

No. 06-12-00105-CR     v.

The State of Texas, Appellee

Appeal from the 196th District Court of Hunt County, Texas (Tr. Ct. No. 27,634). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Devin Eugene Royal, pay all costs of this appeal.

RENDERED JANUARY 29, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk